# CIRCUIT COURT NO. 2 OF BALTIMORE CITY.

Filed March 15, 1916.

ANNIE ADAMS CHASE
vs.
EDWARD S. CHASE, ET AL.

*Jacob S. New* and *Julius H. Wyman* for plaintiff.

*Albert C. Tolson* and *Albert S. J. Owens* for defendants.

BOND, J.—

This demurrer must be sustained, I think, upon the principle that equity has no jurisdiction to enforce such a decree for alimony rendered by a court of another State, the remedy at law being adequate.

Davis vs. Davis, 299 App. D. C., 258; 9 L. R. A. (N. S.) 1169.

The remaining questions I leave to be decided as they may be presented hereafter.

See 28 L. R. A. (N. S.) 1069 note.

20 Annot. Cas. 1069 note.

2 Annot. Cas. 820 note.

3 Annot. Cas. 579 note.